This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# Mildred Ellett v. Lowe's Home Centers, LLC

| | |
|---|---|
| Case Number | 47C01-2107-CT-000819 |
| Court | Lawrence Circuit Court |
| Type | CT - Civil Tort |
| Filed | 07/19/2021 |
| Status | 07/19/2021 , Pending  (active) |

## Parties to the Case

**Defendant**  Lowe's Home Centers, LLC

<u>Address</u>
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

<u>Attorney</u>
Jennifer M Herrmann
*#2422653, Lead, Retained*

KIGHTLINGER & GRAY LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
317-638-4521(W)

<u>Attorney</u>
Michael Wroblewski
*#2588464, Retained*

ONE INDIANA SQUARE, STE 300
INDIANAPOLIS, IN 46204
317-638-4521(W)

**Plaintiff**  Ellett, Mildred

<u>Attorney</u>
J. Scott Callahan
*#1420347, Retained*

1310 16th ST
Bedford, IN 47421
812-277-1950(W)

## Chronological Case Summary

**07/19/2021**  **Case Opened as a New Filing**

**07/19/2021**  **Appearance Filed**
Appearance
For Party:          Ellett, Mildred
File Stamp:        07/19/2021

Exhibit A

| | | |
|---|---|---|
| 07/19/2021 | **Petition Filed** | |
| | Jury Trial Demand | |
| | Filed By: | Ellett, Mildred |
| | File Stamp: | 07/19/2021 |
| 07/19/2021 | **Complaint/Equivalent Pleading Filed** | |
| | Complaint for Damages | |
| | Filed By: | Ellett, Mildred |
| | File Stamp: | 07/19/2021 |
| 07/19/2021 | **Notice Filed** | |
| | Notice to Court of Service of Interrogatories and Request for Production of Documents | |
| | Filed By: | Ellett, Mildred |
| | File Stamp: | 07/19/2021 |
| 07/20/2021 | **Subpoena/Summons Filed** | |
| | Summons-Lowe's Home Centers, LLC | |
| | Filed By: | Ellett, Mildred |
| | File Stamp: | 07/20/2021 |
| 08/10/2021 | **Appearance Filed** | |
| | Appearance of Jennifer M. Herrmann on behalf of Lowe's Home Centers, LLC | |
| | For Party: | Lowe's Home Centers, LLC |
| | File Stamp: | 08/09/2021 |
| 08/10/2021 | **Motion for Enlargement of Time Filed** | |
| | Mtn for EOT re Answer | |
| | Filed By: | Lowe's Home Centers, LLC |
| | File Stamp: | 08/09/2021 |
| 08/10/2021 | **Service Returned Served (E-Filing)** | |
| | Return of Service on Lowe's Home Centers, LLC, by certified mail | |
| | Filed By: | Ellett, Mildred |
| | File Stamp: | 08/10/2021 |
| 08/11/2021 | **Order Granting Motion for Enlargement of Time** | |
| | Judicial Officer: | Nikirk, Nathan G |
| | Order Signed: | 08/11/2021 |
| 08/12/2021 | **Automated ENotice Issued to Parties** | |
| | Order Granting Motion for Enlargement of Time ---- 8/11/2021 : Jennifer M Herrmann;Michael Wroblewski;J. Scott Callahan | |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Ellett, Mildred
Plaintiff

**Balance Due** (as of 09/01/2021)
0.00

Exhibit A

## Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

## Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 07/19/2021 | Transaction Assessment | 157.00 |
| 07/19/2021 | Electronic Payment | (157.00) |

| This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |
|---|

47C01-2107-CT-000819
Case 4:21-cv-00139-JMS-DML   Document 1-2   Filed 09/01/21   Page 4 of 20 PageID #: 8
Lawrence Circuit Court
Filed: 7/19/2021 10:07 AM
Clerk
Lawrence County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAWRENCE CIRCUIT COURT |
| | ) SS | |
| COUNTY OF LAWRENCE | ) | CAUSE NO. 47C01-2107-CT-_____ |

MILDRED ELLETT,
    Plaintiff

VS.

LOWE'S HOME CENTERS, LLC,
    Defendant

## APPEARANCE

**Party Classification:** Initiation __XX__ Responding _____ Intervening _____

1. The undersigned firm and attorneys listed on this form now appear in this case for the following party member(s): **MILDRED ELLETT**

2. Applicable attorney information for services as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

| | | | |
|---|---|---|---|
| Name: | **J. Scott Callahan** | Attorney Number: | 14203-47 |
| | scott@scottcallahanattorney.com | | |
| Firm: | Scott Callahan Attorney at Law, P.C. | Telephone: | (812) 277-1950 |
| Address: | 1310 16th Street | Fax: | (812) 277-1371 |
| | Bedford, IN  47421 | | |

3. There are other party members: Yes __XX__ No _____
4. I will accept service by FAX: Yes _____ No XX
5. This case involves support issues: Yes _____ No XX
6. There are related cases: Yes _____ No XX
7. This form has been served on all other parties: Yes XX No _____
8. Additional information required by state of local rule: None

                                                                 */s/ J. Scott Callahan*
                                                              J. Scott Callahan    #14203-47

## PRAECIPE

Clerk will please issue notice of these proceedings by certified mail for service upon the Defendant herein, Lowe's Home Centers, LLC, Corporation Service Company, 135 North Pennsylvania Street, Suite 1610, Indianapolis, Indiana 46204.

                                                                */s/ J. Scott Callahan*
                                                               J. Scott Callahan #14203-47
                                                               Attorney for Plaintiff

Exhibit A

47C01-2107-CT-000819
Case 4:21-cv-00139-JMS-DML  Document 1-2  Filed 09/01/21  Page 5 of 20 PageID #: 9
Lawrence Circuit Court
Filed: 7/19/2021 10:07 AM
Clerk
Lawrence County, Indiana

| STATE OF INDIANA | ) | IN THE LAWRENCE CIRCUIT COURT |
|---|---|---|
| | ) SS | |
| COUNTY OF LAWRENCE | ) | CAUSE NO. 47C01-2107-CT-_____ |

MILDRED ELLETT,
    Plaintiff

VS.

LOWE'S HOME CENTERS, LLC,
    Defendant

## DEMAND FOR JURY TRIAL

Comes now the Plaintiff, Mildred Ellett, by counsel, J. Scott Callahan, and hereby demands that the Court schedule this matter for a jury trial.

Sincerely,

_____
J. Scott Callahan, No. 14203-47
Attorney for Plaintiff

## PRAECIPE

I certify that I electronically filed the foregoing document using the Indiana E-Filing System (IEFS) and that the foregoing document was served upon the following person(s) using the service contact entered in the IEFS via IEFS or by First Class Mail on July 19, 2021:

Registered Agent for Defendant:

Corporation Service Company
135 North Pennsylvania Street, Suite 1610
Indianapolis, Indiana 46204

_____
J. Scott Callahan, No. 14203-47
Attorney for Plaintiff

SCOTT CALLAHAN
ATTORNEY AT LAW, P.C.
1310 16TH STREET
BEDFORD, IN 47421
(812) 277-1950

47C01-2107-CT-000819
Case 4:21-cv-00139-JMS-DML   Document 1-2   Filed 09/01/21   Page 6 of 20 PageID #: 10
Lawrence Circuit Court
Filed: 7/19/2021 10:07 AM
Clerk
Lawrence County, Indiana

| STATE OF INDIANA | ) | IN THE LAWRENCE CIRCUIT COURT |
|---|---|---|
| | ) SS | |
| COUNTY OF LAWRENCE | ) | CAUSE NO. 47C01-2107-CT-_____ |

MILDRED ELLETT,
    Plaintiff

VS.

LOWE'S HOME CENTERS, LLC,
    Defendant

## COMPLAINT FOR DAMAGES

Comes now Plaintiff, Mildred Ellett, by counsel, J. Scott Callahan, and for first cause of action against the Defendant, Lowe's Home Centers, LLC, alleges and says:

1. Plaintiff, Mildred Ellett, is a resident of Lawrence County.

2. Defendant, Lowe's Home Centers, LLC, is a foreign limited liability company with its corporate headquarters located in Mooresville, North Carolina.

3. Defendant, Lowe's Home Centers, LLC maintains a retail home improvement store in Bedford, Lawrence County, Indiana (hereafter "Lowes").

4. On September 14, 2019, Plaintiff, Mildred Ellett, was an invitee on the Defendant's Property and was on the property for the Defendant's financial benefit.

5. On September 14, 2019, while she was an invitee on the Defendant's Property, the Plaintiff, Mildred Ellett, walked into Lowes, located at 3300 16th Street, Bedford, IN 47421, through the East side entrance. As Plaintiff walked through the commercial overhead door (aka the contractor's entrance door), the overhead door came down, hitting Plaintiff in the head. (hereafter "Incident").

6. In no way did the Plaintiff, Mildred Ellett, cause or contribute to the Incident or damages resulting therefrom.

Exhibit A

7. At the time of the Incident, the Defendant owed Plaintiff, Mildred Ellett, a duty to maintain the Property in a reasonably safe condition. <u>Orville Milk Co. v Beller</u>, 486 N.E2d 555 (Ind. Ct. App. 1985).

8. At the time of the Incident, the Defendant was negligent in failing to exercise reasonable care in maintaining the Property in a reasonably safe condition, to wit:

   a. Failure to display signage warning the Plaintiff of the dangers of the doorway;

   b. Failure to install and maintain a safety mechanism prohibiting the overhead door from "coming down" onto someone or something;

   c. Failure to properly and safely operate the large "garage" door;

9. At the time of the Incident, Indiana law provided that a business inviter is subject to liability for the physical harm caused to its invitee(s) by a condition on land if it:

   a. Knows, or by the exercise of reasonable care would discover, the condition an should realize that it involves an reasonable risk of harm to its invitees;

   b. Should expect that its invitees will not discover or realize the danger, or will fail to protect themselves against it; and

   c. Fails to exercise reasonable care to protect its invitees against the danger. <u>Douglas v Irvin</u>, 549 N.E.3d 368 (Ind. 1990); <u>Wal-Mart Stores, Inc. v Wall</u>, 712 N.E.2d 1015 (Ind. Ct. App. 1999); Restatement (Second) of Torts, §353.

10. At the time of the Incident, the Defendant owed a duty to the Plaintiff, Mildred Ellett, to warn her of the hazard on the Defendant's Property. <u>Duffy v. Ben Dee, Inc.</u>, 651 N.E.2d 320 (Ind. Ct. App. 1995); <u>Burrell v</u>

2

<u>Meads</u>, 569 N.E.2d 637 (Ind. 1991); <u>Douglas v Irvin</u>, 549 N.E.2d 368, 269 (Ind. 1990).

11. The Defendant's duty to warn the Plaintiff, Mildred Ellett, of any hazards on the Property is not limited to only those dangers of which the Defendant is aware. The Defendant, as business invitor, has a duty to exercise reasonable care to discovery defects or dangerous conditions on the Property, and is charged with knowledge of any dangerous conditions that could have been discovered in the exercise of reasonable care. <u>Lutheran Hosp. of Indiana, Inc. v Blaser</u>, 634 N.E.2d 864 (Ind. Ct. App. 1994).

12. At the time of the Incident, the Defendant was negligent in failing to warn the Plaintiff, Mildred Ellett, of the dangerous condition of the aforementioned doorway located on the Property.

13. As a direct and proximate result of the Defendant's negligence, the Plaintiff, Mildred Ellett, sustained physical injuries.

14. As a direct and proximate result of the Defendant's negligence, the Plaintiff, Mildred Ellett, has incurred medical expenses and other costs.

15. As a direct and proximate result of the Defendant's negligence, the Plaintiff, Mildred Ellett, has experienced, among other things, physical pain, mental anguish, and the loss of enjoyment of life from her personal injuries.

16. As a direct and proximate result of the Defendant's negligence, the Plaintiff, Mildred Ellett, has suffered lost economic opportunity, lost wages, and/or a reduction in income earning ability.

17. Additionally, Plaintiff is entitled to recover damages from Defendant under the legal doctrine of Res Ipsa Loquitur.

WHEREFORE, the Plaintiff, Mildred Ellett, respectfully request judgment against the Defendants, in an amount reasonable to compensate her for damages sustained, any and all pre-judgement interest calculated daily according to statute, and other special expenses, court costs and all other proper relief in the premises.

Sincerely,

_____
J. Scott Callahan, No. 14203-47
Attorney for Plaintiff

## PRAECIPE

I certify that I electronically filed the foregoing document using the Indiana E-Filing System (IEFS) and that the foregoing document was served upon the following person(s) using the service contact entered in the IEFS via IEFS or by First Class Mail on July 19, 2021:

Registered Agent for Defendant:

Corporation Service Company
135 North Pennsylvania Street, Suite 1610
Indianapolis, Indiana 46204

_____
J. Scott Callahan, No. 14203-47
Attorney for Plaintiff

SCOTT CALLAHAN
ATTORNEY AT LAW, P.C.
1310 16^(TH) STREET
BEDFORD, IN  47421
(812) 277-1950

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAWRENCE CIRCUIT COURT |
| | ) SS | |
| COUNTY OF LAWRENCE | ) | CAUSE NO. 47C01-2107-CT-_____ |

MILDRED ELLETT,
    Plaintiff

VS.

LOWE'S HOME CENTERS, LLC,
    Defendant

### NOTICE TO COURT OF SERVICE OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Comes now the Plaintiff, Mildred Ellett, by counsel, J. Scott Callahan, and informs the Court that Interrogatories and a Request for Production of Documents were submitted to Defendant, Lowe's Home Centers, LLC, on this 19th day of July, 2021, with said interrogatories to be answered, in writing and under oath, and said documents to be produced, within thirty (30) days of service, at the law office of Scott Callahan Attorney at Law P.C., 1310 16th Street in Bedford, Indiana, all as set forth in rule IX(A) of the Local Rules of Court and the Indiana Rules of Trial Procedure.

Respectfully submitted,

_____
J. Scott Callahan    #14203-47
Attorney for Plaintiff

### PRAECIPE

Clerk will please issue notice of these proceedings by certified mail for service upon the Defendant herein, Lowe's Home Centers, LLC, Corporation Service Company, 135 North Pennsylvania Street, Suite 1610, Indianapolis, Indiana 46204.

_____
J. Scott Callahan    #14203-47
Attorney for Plaintiff

SCOTT CALLAHAN
ATTORNEY AT LAW, P.C.
1310 16TH STREET
BEDFORD, IN 47421
PHONE: (812) 277-1950

Exhibit A

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAWRENCE CIRCUIT COURT |
| | ) SS | |
| COUNTY OF LAWRENCE | ) | CAUSE NO.  47C01-2107-CT-_____ |

MILDRED ELLETT,
   Plaintiff

 VS.

LOWE'S HOME CENTERS, LLC,
   Defendant

# SUMMONS

TO DEFENDANT: Lowe's Home Centers, LLC
         Corporation Service Company
         135 North Pennsylvania Street, Suite 1610
         Indianapolis, IN 46204

  You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

  The nature of the suit against you is stated in the Complaint for Damages which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiff.

  An answer or other appropriate response in writing to the Complaint for Damages must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiffs.

  If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

    7/20/2021
DATED: _____

            _____(SEAL)
            Clerk of the Court of Lawrence County



Exhibit A

(Following manner or service of summons is hereby designated)

__X__  Registered or certified mail.

_____  Service on individual by Sheriff – (Personal or copy) at above.

_____  Service at place of employment, to-wit:_____

_____  Service on agent. (Specify)_____

_____  Other service. (Specify)_____

SCOTT CALLAHAN
ATTORNEY AT LAW, P.C.
1310 16TH STREET
BEDFORD, IN 47421
PHONE: (812) 277-1950

Exhibit A

## SERVICE ACKNOWLEDGED

The undersigned certifies that a copy of this Summons and a copy of the Complaint was received by me this _____ day of _____, _____ At _____:_____ ___.M. I further certify my mailing address is: _____.

_____
Signature of Person Served

## SHERIFFS RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this Summons on the _____ day of _____, _____: (1) By delivering a copy of the Summons and a copy of the Complaint to the defendant, _____.
    (2) By leaving a copy of the Summons and a copy of the Complaint at _____ _____ which is the dwelling place or usual place of abode of _____, and by mailing a copy of said Summons to said respondent at the above address.
    (3) Other Service or Remarks: _____.

_____    _____
Sheriff's Cost    Sheriff
    By: _____
    Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on _____ day of _____, _____, I mailed a copy of this Summons and a copy of the Complaint to the person to be served, by _____ Mail, requesting a return receipt, at the address furnished by the petitioner.

_____    _____
Date    Clerk, _____Court

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that the return receipt was received indicating:
_____ that service was accepted by the person to be served on the _____ day of _____, _____:
_____ that service was accepted by _____ on the _____ day of _____, _____:
_____ that service was not accepted and counsel for the Petitioner was notified this _____ day of _____, _____.

_____
Clerk, _____ Court

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAWRENCE CIRCUIT COURT |
| | ) | |
| COUNTY OF LAWRENCE | ) | CASE NO.: 47C01-2107-CT-000819 |

MILDRED ELLETT            )
                          )
        Plaintiff,        )
                          )
    vs.                   )
                          )
LOWE'S HOME CENTERS, LLC  )
                          )
        Defendant.        )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

1.  The party on whose behalf this form is being filed is:
    Initiating _____   Responding _X_   Intervening _____; and

    the undersigned attorney and all attorneys(s) listed on this form now appear in this case for the following parties:

    **LOWE'S HOME CENTERS, LLC**

2.  Attorney information for service as required by Trial Rule 5(B)(2):

    Name:     Jennifer M. Herrmann          Atty No.:  24226-53
              Michael Wroblewski                       25884-64
    Address:  KIGHTLINGER & GRAY, LLP       Phone:     317/638-4521
              One Indiana Square, Suite 300 Fax:       317/636-5917
              211 North Pennsylvania Street Email:     jherrmann@k-glaw.com
              Indianapolis, Indiana  46204             mrowblewski@k-glaw.com

    Each attorney specified on this appearance:

    (a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;
    (b) acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and
    (c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3.  There are related cases:       Yes ___   No _X_

4.  Additional information required by state or local rule: _____

5.  This form has been served on all other parties and Certificate of Service is attached:

Exhibit A

       Yes  X       No _____

6.      Responding party will accept service by fax or email from the Court or other parties:
       Yes  X       No _____

                                               Respectfully submitted,

                              By    *s/ Jennifer M. Herrmann*
                                     Jennifer M. Herrmann, ID No. 24226-53
                                     Michael Wroblewski, ID No. 25884-64
                                     *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

       I certify that a copy of the forgoing was served by the Court's Electronic System and/or First Class Mail on counsel or party of record this August 9, 2021, to:

J. Scott Callahan
1310 16th Street
Bedford, IN 47421
scott@scottcallahanattorney.com

                                               *s/ Jennifer M. Herrmann*
                                               Jennifer M. Herrmann

KIGHTLINGER & GRAY, LLP
211 N. Pennsylvania Street
One Indiana Square, Suite 300
Indianapolis, Indiana 46204
(317) 638-4521

999999\5196371-1

| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE LAWRENCE CIRCUIT COURT |
| ) | | |
| COUNTY OF LAWRENCE ) | | CASE NO.: 47C01-2107-CT-000819 |

| | |
|---|---|
| MILDRED ELLETT | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LOWE'S HOME CENTERS, LLC | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR INITIAL ENLARGEMENT OF TIME

Defendant, Lowe's Home Centers, LLC, by counsel, hereby request an initial enlargement of time of thirty (30) days in which to file an Answer or other response to the Complaint. In support of this motion, Defendants state:

1.   The Complaint was served on July 20, 2021.

2.   Pursuant to Ind. Trial Rule 6(C) an Answer or other response on behalf of these Defendants is required no earlier than August 12, 2021, which time has not expired.

3.   No prior enlargement of time has been requested on behalf of Lowe's Home Centers, LLC.

4.   The enlargement of time shall expire on September 11, 2021.

Respectfully submitted,

By   *s/ Jennifer M. Herrmann*
Jennifer M. Herrmann, ID No. 24226-53
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the forgoing was served by the Court's Electronic System and/or First Class Mail on counsel or party of record this August 9, 2021, to:

J. Scott Callahan
1310 16th Street
Bedford, IN 47421
scott@scottcallahanattorney.com


                                               *s/ Jennifer M. Herrmann*
                                               Jennifer M. Herrmann

KIGHTLINGER & GRAY, LLP
211 N. Pennsylvania Street
One Indiana Square, Suite 300
Indianapolis, Indiana 46204
(317) 638-4521

999999\5196371-1

Exhibit A

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAWRENCE CIRCUIT COURT |
| | ) SS | |
| COUNTY OF LAWRENCE | ) | CAUSE NO. 47C01-2107-CT-_____ |

MILDRED ELLETT,
    Plaintiff

VS.

LOWE'S HOME CENTERS, LLC,
    Defendant

### NOTICE OF RETURN ON SERVICE BY CERTIFIED MAIL

    I hereby certify that I delivered a copy of the following pleadings to the United States Postal Service for service upon Defendant Lowe's Home Centers, LLC: Summons, Appearance, Demand for Jury Trial, Complaint for Damages, and Notice to Court of Service of Interrogatories and Request for Production of Documents.

    I hereby certify that the attached return receipt was received by me showing that said pleadings were served upon Defendant, received and accepted by Lowe's Home Centers, LLC, on July 23, 2021. See attached Exhibit A.

Respectfully submitted,

/s/ J. Scott Callahan
J. Scott Callahan   #14203-47
Attorney for Petitioner

### CERTIFICATE OF SERVICE

    I hereby certify that on **August 9, 2021,** I electronically filed the foregoing document using the Indiana E-Filing System (IEFS) and that the foregoing document was served upon the following person(s) via IEFS or as otherwise noted:
Lowe's Home Centers, LLC, Corporation Service Company, North Pennsylvania Street, Suite 1610, Indianapolis IN 46204

/s/ J. Scott Callahan
J. Scott Callahan   # 14203-47
Attorney for Petitioner

SCOTT CALLAHAN
ATTORNEY AT LAW, P.C.
1310 16TH STREET
BEDFORD, IN 47421
PHONE: (812) 277-1950

Exhibit A

**USPS TRACKING #**

INDIANAPOLIS IN 460
23 JUL 2021 PM 7 L

9590 9402 5593 9274 3308 11

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

**SCOTT CALLAHAN**
**ATTORNEY AT LAW, P.C.**
**1310 16TH STREET**
**BEDFORD, IN 47421**

RECEIVED
JUL 2 6 2021

11-270910
Ellett CT

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LOWE'S HOME CENTERS, LLC
CORPORATION SERVICE COMPANY
NORTH PENNSYLVANIA STREET, SUITE 1610
INDIANAPOLIS, IN 46204

9590 9402 5593 9274 3308 11

2. Article Number (Transfer from service label)
7021 0350 0000 0759 6906

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Mary Colen_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JUL 23 2021
INDIANAPOLIS 46204

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**EXHIBIT A**

Exhibit A

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAWRENCE CIRCUIT COURT |
| | ) | |
| COUNTY OF LAWRENCE | ) | CASE NO.: 47C01-2107-CT-000819 |
| | | |
| MILDRED ELLETT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LOWE'S HOME CENTERS, LLC | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION FOR INITIAL ENLARGEMENT OF TIME**

This cause came before the Court upon the motion of the Defendant, for an enlargement of time in which to answer or otherwise plead to the Complaint, and the Court having reviewed same, now GRANTS said motion.

IT IS THEREFORE ORDERED that Defendant is granted an extension of time of thirty (30) days, to and including September 11, 2021 within which to answer or otherwise plead to the Complaint.

DATED: __August 11, 2021__

_____
JUDGE, Lawrence Circuit Court

Distribution:

All Counsel of Record

999999\5038298-1

Exhibit A